IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER JOHNSON, TAYLOR THOMPSON,
and R.J., a minor child,

      Plaintiffs,

v.                                                                          No. 1:21-cv-00184 KG-LF

CHARITY SANCHEZ, in her individual capacity,
and DIEDRE MALLON, in her individual capacity,
and
NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT,

      Defendants.

## ORDER

This matter is before the Court on Defendant Dierdre Mallon's Motion to Dismiss (Doc. 6). That Motion was fully and timely briefed. (Docs. 15 and 18). The Court held a telephonic hearing on the Motion on March 31, 2022, with counsel for both parties present. *See* (Doc. 25). Having considered the Motion and the accompanying briefing, and for the reasons stated on the record at the hearing, the Motion is granted. All claims brought against Ms. Mallon in this case are hereby dismissed. Those claims brought under New Mexico state law are dismissed without prejudice for failure to state a claim. Those claims brought pursuant to federal law are dismissed with prejudice based on qualified immunity. The Court will enter a separate judgment on the matter.

      IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE