IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER JOHNSON, TAYLOR THOMPSON,
and R.J., a minor child,

    Plaintiffs,

v.                                                       No. 1:21-cv-00184 KG-LF

CHARITY SANCHEZ, in her individual capacity,
and DIEDRE MALLON, in her individual capacity,
and
NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Order (Doc. 26) filed March 31, 2022, all claims against Defendant Dierdre Mallon are hereby dismissed. Those claims brought under New Mexico state law are dismissed without prejudice and those claims brought according to federal law are dismissed with prejudice.

IT IS SO ORDERED.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE