IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER JOHNSON, TAYLOR THOMPSON,
and R.J., a minor child,

    Plaintiffs,

v.                                                                                            No. 1:21-cv-00184 KG-LF

CHARITY SANCHEZ, in her individual capacity,
and
NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT,

    Defendants.

## ORDER

This matter is before the Court pursuant to its Memorandum Opinion and Order granting the Motion to Stay Proceedings (Doc. 22). That stay was imposed pending resolution of Defendant Dierdre Mallon's Motion to Dismiss (Doc. 6). The Court, having granted the Motion to Dismiss, (Doc. 26), and finding the stay no longer justified, hereby orders the stay lifted.

IT IS SO ORDERED.

                                                                           UNITED STATES DISTRICT JUDGE