IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER JOHNSON, TAYLOR THOMPSON,
and R.J., a minor child,

    Plaintiffs,

v.                                               No. 1:21-cv-00184 KG-LF

CHARITY SANCHEZ, in her individual capacity,
and
NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT,

    Defendants.

## ORDER GRANTING STAY

This matter is before the Court on Defendants' Second Motion to Stay Proceedings (Doc. 51). The remaining Defendant sued in her individual capacity, Charity Sanchez, filed a Motion for Summary Judgment (Doc. 50) raising qualified immunity as a defense. Defendants collectively request a stay of all proceedings, including discovery, pending resolution of that Motion. (Doc. 51) at 3. Defendants argue that "Once the defense of qualified immunity is before the Court by way of motion, as it is now, all discovery must be stayed." *Id*. at 2 (quoting *King v. Benford*, No. 10-828, 2010 U.S. Dist. LEXIS 147752, at *10–11 (D.N.M. Dec 7, 2010) (Herrera, J.) (collecting cases) (cleaned up)).

The Court, noting that the Motion was not opposed via a response, finds the Motion (Doc. 51) well taken and grants it. All proceedings, including discovery, are hereby stayed pending the Court's ruling on Ms. Sanchez's Motion for Summary Judgment (Doc. 50).

IT IS SO ORDERED.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE