IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMBER JOHNSON, TAYLOR THOMPSON,
and R.J., a minor child,

      Plaintiffs,

v.                                                            No. 1:21-cv-00184 KG-LF

CHARITY SANCHEZ, in her individual capacity,
and NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT,

      Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order (Doc. 61) contemporaneously filed, all claims against Defendant New Mexico Children, Youth & Families Department (CYFD) are hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE